**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KASSEM MUTHENNE HANASH, et al., | Case No.: 1:16-cv-01016 DAD  JLT |
| Plaintiffs, | ORDER CLOSING CASE |
| v. | (Doc. 11) |
| JEH JOHNSON, et al., | |
| Defendants. | |

On September 13, 2016, the plaintiffs filed a notice of voluntary dismissal under Federal Rules of Civil Procedure 41(a)(1)(A)(i).  (Doc. 11) This Rule allows that "the plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."   Thus, the Clerk of Court is **DIRECTED** to close this action in light of the voluntary dismissal without prejudice filed and properly signed pursuant to Rule 41.

IT IS SO ORDERED.

Dated:  **September 14, 2016**           **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE